UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TRICIALYNN BUROKAS, and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADAM WOOL and BLUELOON INC.,<br><br>　　　　　Defendants. | Case No. 4:20-cv-00004-HRH<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

　　　　Pursuant to MGO 20-13, the Court remains closed through June 1, 2020. As stated in the Order Regarding Settlement Conference at Docket 16, the Settlement Conference will proceed telephonically next Friday, May 22, 2020, at 9:00 a.m.

　　　　The Settlement Conference with begin with all parties present via telephone. Undersigned will then continue settlement discussions by calling each party individually at the offices of their respective counsel. Video conferencing remains a possibility if the parties prefer.

　　　　The parties are directed to call (866) 434-5269, Access Code 4591062, from a landline telephone five minutes prior to the start of the Conference.

　　　　**IT IS SO ORDERED** this 15th day of May, 2020, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge