**John Foster Wallace (ABA#9211115)**
**ZIMMERMAN & WALLACE**
**711 Gaffney Road, Suite 202**
**Fairbanks, AK  99701-4662**
**(907) 452-2211**
**(907) 456-1137 fax**
foster@mzwlaw.com

**Attorney for Defendants**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **TRICIALYNN BUROKAS, and others Similarly situated,** ) ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | |
| **ADAM WOOL and BLUELOON, INC.,** ) ) | |
| Defendants. ) ) | Case No.:  4:20-cv-00004-HRH |

## ADVICE OF COUNSEL/SETTLEMENT CONFERENCE

**COMES NOW** counsel for Adam Wool and Blue Loon, Inc. and hereby files the following advice of counsel:

After recently receiving and reviewing Miscellaneous General Order 20-20 signed by Chief United States District Judge on June 22, 2020, counsel for both parties conferred regarding the settlement conference presently scheduled with Senior United States District Judge Ralph Beistline for 9:00 a.m. on June 29, 2020.

*Tricialynn Burokas v. Adam Wool and Blueloon, Inc., Case No. 4:20-cv-00004-HRH*
*ADVICE OF COUNSEL/SETTLEMENT CONFERENCE*
*Page 1 of 2*

Case 4:20-cv-00004-HRH   Document 20   Filed 06/24/20   Page 1 of 2

Pursuant to MGO 2020, the Court remains closed through August 3, 2020.  Counsel agree that an in-person settlement conference is important to earnestly attempt to resolve this matter.  Therefore, the parties request that the settlement conference scheduled for June 29, 2020 be vacated and a new date be set as soon after August 3, 2020 as practicable unless an in person settlement conference can be scheduled without violating MGO 20-20 at an earlier date.

Mr. Wool and undersigned counsel's schedule are open in August 2020 with the exception of August 18 and 19, 2020.

**DATED** this 24th day of June, 2020 at Fairbanks, Alaska.

>ZIMMERMAN & WALLACE
>Attorneys for Defendants
>
>By:/s/John Foster Wallace
>   Zimmerman & Wallace
>   711 Gaffney Road, Suite 202
>   Fairbanks, Alaska 99701
>   Phone:  (907) 452-2211
>   Fax:  (907) 456-1137
>   E-mail:  foster@mzwlaw.com
>   ABA No. 9211115

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served electronically to the parties of record through ECF to:

   Kenneth L. Covell

By:  /s/ Sarah S. Haines, Legal Assistant     6/24/2020

*Tricialynn Burokas v. Adam Wool and Blueloon, Inc.*, Case No. 4:20-cv-00004-HRH
*ADVICE OF COUNSEL/SETTLEMENT CONFERENCE*
*Page 2 of 2*

Case 4:20-cv-00004-HRH   Document 20   Filed 06/24/20   Page 2 of 2