**John Foster Wallace (ABA#9211115)**
**ZIMMERMAN & WALLACE**
**711 Gaffney Road, Suite 202**
**Fairbanks, AK  99701-4662**
**(907) 452-2211**
**(907) 456-1137 fax**
foster@mzwlaw.com

**Attorney for Defendants**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **TRICIALYNN BUROKAS, and others Similarly situated,** ) ) ) **Plaintiffs,** ) ) **Vs.** ) ) **ADAM WOOL and BLUELOON, INC.,** ) ) **Defendants.** ) ) | Case No.:  4:20-cv-00004-HRH |

## ADVICE OF COUNSEL REGARDING SETTLEMENT AND CLOSING PAPERS

     **COMES NOW** counsel for Adam Wool and Blue Loon, Inc. and hereby files the following advice of counsel.  With the assistance of the Honorable Ralph R. Beistline, Senior United States District Judge, the parties reached settlement at the conference held August 14, 2020.  Settlement funds have been delivered and are holding in undersigned counsel's law firm pending approval and execution of the Agreement and General Release and Stipulation for Dismissal with Prejudice.

     **DATED** this 15th day of September, 2020 at Fairbanks, Alaska.

                       ZIMMERMAN & WALLACE
                       Attorneys for Defendants

                       By:/s/John Foster Wallace

*Tricialynn Burokas v. Adam Wool and Blueloon, Inc., Case No. 4:20-cv-00004-HRH*
*ADVICE OF COUNSEL REGARDING SETTLEMENT AND CLOSING PAPERS*
*Page 1 of 2*

Case 4:20-cv-00004-HRH   Document 25   Filed 09/15/20   Page 1 of 2

Zimmerman & Wallace
711 Gaffney Road, Suite 202
Fairbanks, Alaska 99701
Phone: (907) 452-2211
Fax: (907) 456-1137
E-mail: foster@mzwlaw.com
ABA No. 9211115

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served electronically to the parties of record through ECF to:

    Kenneth L. Covell

By: /s/ Sarah S. Haines, Legal Assistant    9/15/2020

*Tricialynn Burokas v. Adam Wool and Blueloon, Inc.*, Case No. 4:20-cv-00004-HRH
*ADVICE OF COUNSEL REGARDING SETTLEMENT AND CLOSING PAPERS*
*Page 2 of 2*

Case 4:20-cv-00004-HRH    Document 25    Filed 09/15/20    Page 2 of 2