IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


TRICIALYNN BUROKAS,       )
                           )
          Plaintiff,   )
                           )
  vs.                       )
                           )
ADAM WOOL and BLUELOON, INC.,   )     No. 4:20-cv-0004-HRH
                           )
        Defendants.   )
_____)


O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation to Dismiss Case with Prejudice*,[1] filed September 18, 2020, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  22nd day of September, 2020.


                    /s/ H. Russel Holland
                    United States District Judge

---

[1]Docket No. 27.

ORDER – Case Dismissed                                    - 1 -